The People of the State of New York ex rel. Ticonderoga Union Terminal Railroad Company v. The Board of Railroad Commissioners and Others,— Writ

of certiorari dismissed, without costs, upon the authority of *People ex rel. Depew R. Co.* v. *Commissioners* (4 App. Div. 259). All concurred.